UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Francine Deberardinis

Case No. 18-31379-5-mcr
Chapter 13

Debtor(s).

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
200 Ambergate Rd., Syracuse, NY 13214

| b. Name and address of Creditor:<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501<br><br>Has Creditor filed a proof of claim?<br>✔ Yes        No | Name, address, and telephone number of Creditor's attorney:<br>Richard Postiglione, Esq.<br>Friedman Vartolo, LLP<br>1325 Franklin Avenue, Suite 230<br>Garden City, NY 11530 |
|---|---|

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

## PART II — LOSS MITIGATION PROGRAM

a. On 07/31/2019 , a Loss Mitigation Request was filed by:

✔ Debtor(s).                                    Other party: _____ .

  Creditor.                                     The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

  ✔ A Loss Mitigation Order was entered on 08/20/2019 .

  ✔ The Loss Mitigation Order was served on 08/22/2019 .

c. At this time, the Debtor(s) is/are:

  making on-going post-petition monthly mortgage payments in the amount of $_____

   directly to the Creditor.

   to the standing trustee.

   not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

  ✔ Yes      No

e. Creditor served a Request for Information and Documents on 09/24/2019 .

  Debtor(s) served a Response to the Creditor's Request on 10/04/2019.

  ✔ All Information and Documents have been produced.

   The following Information and Documents are still outstanding:
   _____
   _____ .

f. Debtor(s) served a Request for Information and Documents on _____ .

  Creditor served a Response to the Debtor(s)' Request on _____ .

  ✔ All Information and Documents have been produced.

   The following Information and Documents are still outstanding:
   _____
   _____ .

g.  The Loss Mitigation Parties have participated in  0  Loss Mitigation Session(s) and:

    ☐ A resolution has been reached.

    ✔ A resolution has not been reached because:

    File service transfered from Selene to SN Servicing Corporation. SN received financial package upon transfer and deemed complete. Package currently in review with underwriter.

h.  Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    Servicer contact: Megan Lynch Bankruptcy Asset Manager

    Phone: 800-603-0836 Fax: 916-231-2457 mlynch@snsc.com

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____

Dated: 11/27/2019

/s/Richard Postiglione
Name  Richard Postiglione
Firm  Friedman Vartolo, LLP
Attorney(s) for Debtor(s)/Creditor
Address  1325 Franklin Ave., Ste. 230 Garden City NY 11530
Telephone Number  212-471-5100
Email Address  bankruptcy@friedmanvartolo.com
N.D.N.Y. Bar Roll Identification No. 514611

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)